[No. 44251-5-II.  Division Two.  January 28, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL DOUGLAS SHELDON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 12-1-00585-1, Scott A. Collier, J., entered November 9, 2012. *Remanded* by unpublished opinion per Johanson, A.C.J., concurred in by Hunt and Bjorgen, JJ.

[No. 30977-1-III.  Division Three.  January 28, 2014.]

THE STATE OF WASHINGTON, *Appellant*, v. JASON CHARLES YOUKER, *Respondent*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 12-1-00089-0, Jack Burchard, J., entered June 25, 2012. *Affirmed* by unpublished opinion per Fearing, J., concurred in by Siddoway, A.C.J., and Kulik, J.

[No. 31039-6-III.  Division Three.  January 28, 2014.]

CHRISTOPHER JACK REID, *Appellant*, v. PULLMAN POLICE DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for Whitman County, No. 12-2-00131-4, David Frazier, J., entered July 11, 2012. *Affirmed* by unpublished opinion per Fearing, J., concurred in by Korsmo, C.J., and Kulik, J.

[No. 29075-1-III.  Division Three.  January 30, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID EUGENE RICHARDS, *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 09-1-00109-8, Ted W. Small, J. Pro Tem., entered May 11, 2010. *Affirmed* by unpublished opinion per Siddoway, A.C.J., concurred in by Brown and Kulik, JJ.